FILED
NOV 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ЕF       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3243-JLS |
|---|---|---|
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | Title 21, U.S.C., |
| CESAR XIRAUD PEREZ-GONZALEZ, | ) | Secs. 952 and 960 - Importation of Cocaine (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about November 7, 2007, within the Southern District of California, defendant CESAR XIRAUD PEREZ-GONZALEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 23.80 kilograms (approximately 52.36 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>November 30, 2007</u>.

KAREN P. HEWITT
United States Attorney

/s/ John T. Wee

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
11/29/07